IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GEORGE BRENTS                                                                                    PLAINTIFF

V.                                            No. 3:06CV00225   JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration[1]                                                                 DEFENDANT

### ORDER

On motion of Plaintiff, his time for filing Plaintiff's Appeal Brief, or otherwise move, is hereby extended to and including May 11, 2007.

DATED this 9th day of May, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007. He is therefore substituted for Jo Anne B. Barnhart pursuant to Fed.R.Civ.P 25(d)(1).